**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1042**

WILLIAM L. BYARD, JR., as Personal Representative and surviving son of the Estate of William Lee Byard; CARRIE L. BYARD, surviving daughter of William Lee Byard; ROBERT L. BYARD, surviving son of William Lee Byard,

Plaintiffs - Appellants,

v.

HONEYWELL INTERNATIONAL, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:16-cv-00755-ELH)

Submitted: June 27, 2017                          Decided: July 6, 2017

Before GREGORY, Chief Judge, and DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary J. Ignatowski, Jeffrey J. Utermohle, Patrick A. Ciociola, LAW OFFICES OF PETER G. ANGELOS, P.C., Baltimore, Maryland, for Appellants. Michael D. Daneker, Eric A. Rey, ARNOLD & PORTER KAYE SCHOLER LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William L. Byard, Jr., Carrie L. Byard, and Robert L. Byard appeal the district court's order dismissing the complaint based on this court's recent decision in *Leichling v. Honeywell Int'l, Inc.*, 842 F.3d 848 (4th Cir. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Byard v. Honeywell Int'l, Inc.*, No. 1:16-cv-00755-ELH (D. Md. Dec. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*